# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>OWEN DREW,<br><br>        Defendant. | 8:17CR269<br><br>**ORDER** |

This matter is before the Court on defendant Owen Drew's ("Drew") application to proceed in forma pauperis ("IFP") on appeal (Filing No. 66). The Court previously determined Drew was financially unable to obtain adequate counsel and appointed the Federal Public Defender's office to represent him (Filing No. 9).

Under Federal Rule of Appellate Procedure 24(a)(3), a party "who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization" unless the Court certifies that the appeal is not taken in good faith or finds the party is not otherwise entitled to proceed IFP.

Upon review, the Court finds no indication that the appeal is not taken in good faith or that Drew is not otherwise entitled to proceed IFP. As such, Drew will be granted leave to proceed IFP on appeal pursuant to Rule 24(a)(3).

IT IS SO ORDERED.

Dated this 27th day of May 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge