IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR269 |
| v. | |
| OWEN DREW, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Owen Drew's ("Drew") second Motion for Compassionate Release (Filing No. 74). In March 2021, Drew initially asked the Court to reduce his sentence (Filing No. 53) to time served, arguing extraordinary and compelling reasons warranted his early release. *See* 18 U.S.C. § 3582(c)(1)(A). In large part, he argued his medical conditions put him at a high risk of serious illness or death should he contract COVID-19. The Court denied his request (Filing No. 65), and the Eighth Circuit affirmed (Filing Nos. 66 and 70). *See United States v. Drew*, No. 21-2191 (8th Cir. June 1, 2021) (unpublished).

Drew's renewed request for a sentence reduction is no different than his first, and he has not shown a significant change in circumstances. Accordingly, Drew's second Motion for Compassionate Release (Filing No. 74) is denied for the same reasons as stated in the Court's earlier Memorandum and Order (Filing No. 65).

IT IS SO ORDERED.

Dated this 17th day of May 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge